Decided February 10, 2012

## CHRISTOPHER NORTON *v.* COMMISSIONER OF CORRECTION

The petitioner Christopher Norton's petition for certification for appeal from the Appellate Court, 132 Conn. App. 850 (AC 32434), is denied.

*Robert T. Rimmer*, assigned counsel, in support of the petition.

*Kathryn Ward Bare*, assistant state's attorney, in opposition.

Decided February 10, 2012